UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY PEREZ,<br><br>        Plaintiff,<br><br>    v.<br><br>HEATHER DIAZ, *et al.*,<br><br>        Defendants. | 1:24-cv-00845-EPG (PC)<br><br>ORDER DENYING, WITHOUT PREJUDICE, IFP APPLICATION AND DIRECTING PLAINTIFF TO SUBMIT A COMPLETED IFP APPLICATION INCLUDING A TRUST ACCOUNT CERTIFICATION AND PROVIDING TRUST ACCOUNT STATEMENT<br><br>(ECF No. 2)<br><br>THIRTY DAY DEADLINE |

    Plaintiff is confined at Kern County AES Center[1] and is proceeding *pro se* in this civil action. Plaintiff has not paid the $405.00 filing fee but has submitted an application to proceed *in forma pauperis* (IFP) pursuant to 28 U.S.C. § 1915. (ECF No. 2). However, the IFP application is not fully completed. Specifically, the portion of the IFP form, requiring an officer at the place of Plaintiff's incarceration to certify Plaintiff's account balance and to provide a certified copy of the trust account statement showing transactions for the past six months, has not been completed.

---

[1] "AES Center" stands for Admission, Evaluation, and Stabilization Center. *See, e.g.*, *People v. Stafford*, No. F077749, 2020 WL 2312818, at *9 (Cal. Ct. App. May 8, 2020). AES is designed to act as a triage for defendants who have been determined to be incompetent to stand trial by the courts and have been sentenced to a State Hospital for restoration. Kern County Sheriff's Office, Population Management Section, *available at* https://www.kernsheriff.org/Population_Management (last visited July 25, 2024).

1

(*Id.* at 2). In addition, in the same application, Plaintiff states that he contributes $200 per month to support his son, while denying any sources of income or cash savings.

Accordingly, **IT IS ORDERED** as follows:

1. Plaintiff's IFP application (ECF No. 2) is denied without prejudice.
2. The Clerk of Court is directed to send Plaintiff, along with this order, an application to proceed *in forma pauperis*.
3. Within 30 days of the date of service of this order, Plaintiff shall submit the attached IFP application, completed and signed in full, and including the trust account certification and providing a certified trust account statement showing transactions for the past six months. Plaintiff should also explain how he is providing support for his son in the amount of $200 per month without any sources of income or savings.
4. If Plaintiff believes he cannot provide that information, he should file a notice along with his IFP application, explaining the efforts he has made to have the appropriate officer at the Jail provide the required information and the Jail's response.
5. Alternatively, Plaintiff may pay the $405.00 filing fee for this action.
6. **No requests for extension will be granted without a showing of good cause. Failure to comply with this order will result in dismissal of this action.**

IT IS SO ORDERED.

Dated:  **July 25, 2024**          /s/ Erica P. Grosjean
                                   UNITED STATES MAGISTRATE JUDGE

2